J. L. HAMME v. R. B. LINEBERGER.

(Filed 20 August, 1930.)

**Attorney and Client D a—Attorney fully discharging all duties he is employed to perform is entitled to recover fee therefor.**

Where an attorney is employed to institute an action, and the action has been instituted and successfully prosecuted, and the attorney has fully discharged all duties he was employed to perform, he is entitled to recover his fee therefor.

CIVIL ACTION, before *Harding, J.,* at December Civil Term, 1929, of GASTON.

*J. L. Hamme for plaintiff.*
*E. R. Warren for defendant.*

PER CURIAM. It is admitted that the plaintiff, an attorney at law, was employed by the defendant to institute an action for damages to property caused by the diversion and contamination of water. It is further admitted that the action was brought and the trial judge finds as a fact that the defendant agreed to pay plaintiff for his services a sum of money equal to one-third of the recovery. It is further found as a fact that the defendant recovered $6,000.

The said judgment was apparently entered by consent.

The defendant resists payment upon the ground that he has not collected the judgment, because he was required to sign an easement, and his wife will not join in such conveyance.

Upon the record, as presented, the plaintiff has fully discharged all duties that he was employed to perform and is therefore entitled to recover.

Affirmed.